# EXHIBIT I

## Michael Scurato

**From:** Jon Brodkin <jon.brodkin@arstechnica.com>
**Sent:** Wednesday, February 13, 2019 10:46 AM
**To:** Michael Scurato
**Subject:** Re: Telecom Giants Broke the Law By Selling Detailed Location Data. Will They Face Consequences?

Great, thank you.

On Feb 13, 2019, at 10:38 AM, Michael Scurato <Michael.Scurato@fcc.gov> wrote:

Here you go, Jon. The following statement can be attributed to Commissioner Starks:

> "I've said in the past that the Chairman should be more clear on where he stands. This is a matter of public safety. Over and over, the wireless carriers have claimed that they are getting out of this business. Yet each day it seems like the universe of impacted consumers grows and the nature of the conduct is more alarming. It isn't difficult to imagine intrusive or even downright dangerous uses of this data. I believe that the Commission should act expeditiously to fully investigate any reports of misconduct and take appropriate action to hold wrongdoers accountable."

**From:** Jon Brodkin <jon.brodkin@arstechnica.com>
**Sent:** Tuesday, February 12, 2019 4:11 PM
**To:** Michael Scurato <Michael.Scurato@fcc.gov>
**Subject:** RE: Telecom Giants Broke the Law By Selling Detailed Location Data. Will They Face Consequences?

Yup, thanks!

On February 12, 2019 at 4:08:03 PM, Michael Scurato (michael.scurato@fcc.gov) wrote:

Thanks, Jon. I'll chat with the Commissioner. Today or tomorrow morning is still the deadline?

**From:** Jon Brodkin <jon.brodkin@arstechnica.com>
**Sent:** Tuesday, February 12, 2019 3:37 PM
**To:** Michael Scurato <Michael.Scurato@fcc.gov>
**Subject:** RE: Telecom Giants Broke the Law By Selling Detailed Location Data. Will They Face Consequences?

Hi Michael, I sent the below email to the chair's office asking if the FCC is investigating T-Mobile, AT&T, and Sprint for apparently violating FCC rules against selling location data that was intended to be used only for emergency services.

I want to get the Democratic commissioners' perspective. Does Commissioner Starks have any statement on whether T-Mobile, AT&T, and Sprint violated FCC rules, and on whether the FCC should investigate and/or punish the carriers? Have you asked the chair's office to investigate this, and are you aware of any ongoing investigation? Thanks.

Begin forwarded message:

**From:** Jon Brodkin <jon.brodkin@arstechnica.com>

1

**Subject: RE: Telecom Giants Broke the Law By Selling Detailed Location Data. Will They Face Consequences?**
**Date:** February 12, 2019 at 3:22:56 PM EST
**To:** FCC Office of Media Relations <FCCOfficeofMediaRelations@fcc.gov>, Mark Wigfield <Mark.Wigfield@fcc.gov>

Hi, this Public Knowledge post https://www.publicknowledge.org/news-blog/blogs/telecom-giants-broke-the-law-by-selling-detailed-location-data.-will-they-face-consequences says that T-Mobile, AT&T, and Sprint violated FCC rules when they sold location data that was intended to be used only for emergency services.

It says:

> the FCC determined that while the collection and use of the info for 911 was covered by the 911/public safety exception of the CPNI rules, any *other* use of the data would violate CPNI. The FCC required the industry/public safety working group developing the National Emergency Address Database ("NEAD") to include a privacy and security plan and committed to putting the privacy and security plan out on public notice. The industry submitted the plan to the FCC in February 2017, and the Commission put it out on public notice and approved it by Order the following November.
>
> The key point here is, as the November 2017 Order states, "the data in the NEAD and any data associated with the NEAD may not be used for any non-911 purpose, except as otherwise required by law." So the Motherboard investigation has uncovered what appears to be a clear violation of what the FCC required when it approved the NEAD and the general Advanced 911 mandate in 2015.

Is the FCC investigating this? Has it made any determinations as to whether the carriers violated the rules? What kinds of penalties would the carriers face if they violated the rules?

I may write about this tomorrow, so if you could respond today or tomorrow morning that would be ideal. Thanks.