Shana Scarlett (State Bar No. 217895)
Benjamin Siegel (State Bar No. 256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000

Aaron Mackey (State Bar No. 286647)
Andrew Crocker (State Bar No. 291596)
Adam D. Schwartz (State Bar No. 309491)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333

*Attorneys for Plaintiffs and
the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHERINE SCOTT, CAROLYN JEWEL, and GEORGE PONTIS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>AT&T INC.; AT&T SERVICES, INC.; AT&T MOBILITY, LLC; TECHNOCOM CORP.; and ZUMIGO, INC.,<br><br>　　　　　　　　　　Defendants. | No. 3:19-cv-04063-SK<br><br>STIPULATED REQUEST AND ORDER TO PARTIALLY UNSEAL NOVEMBER 9, 2020 HEARING TRANSCRIPT<br><br>Judge: Hon. Sallie Kim |

1    Plaintiffs Katherine Scott, Carolyn Jewel, and George Pontis (collectively, "Plaintiffs") and

2    Defendants AT&T Services, Inc. and AT&T Mobility, LLC (collectively, "AT&T Defendants"), by

3    and through their undersigned counsel, hereby submit the following stipulated request to partially

4    unseal the transcript of this Court's hearing in this matter on November 9, 2020 ("Hearing

5    Transcript"). In support of this stipulation, the parties state the following:

6        1.    On November 9, 2020, during a hearing on AT&T Defendants' motion to dismiss and

7    motion to compel arbitration, the Court ordered the closure of a portion of the hearing;

8        2.    On November 13, 2020, the Court entered an order stating that a "portion of the

9    proceedings held on November 9, 2020 were held under seal due to the confidential nature of the

10   matters being discussed" and concluded that, as a result, "only the parties in the case may obtain a

11   copy of the audio recording and/or transcript without a further court order." ECF No. 124;

12       3.    After the Court's order sealing the Hearing Transcript, the Parties conferred to

13   consider whether the Hearing Transcript could be unsealed;

14       4.    The Parties agree that the vast majority of the Hearing Transcript can be unsealed and

15   made publicly available, save for specific references made by AT&T counsel regarding its internal

16   codes for certain third-parties with access to customer geolocation data, located at page 5, lines 10-

17   11 and 13;

18       5.    The Parties agree that they can redact those specific references and keep them under

19   seal while otherwise making the Hearing Transcript publicly available;

20       6.    The Parties respectfully request that the Court order the Hearing Transcript be

21   unsealed with the exception of redactions at 5:10-11 and 13, which should remain under seal in their

22   entirety.

23   THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested,

24   by and between the undersigned counsel, that:

25   The Court order the November 9, 2020 Hearing Transcript to be unsealed with limited

26   redactions at 5:10-11 and 13.

27   **IT IS SO STIPULATED.**

28

| | |
|---|---|
| Date: December 16, 2020 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | |
| | By /s/ Shana E. Scarlett |
| | SHANA E. SCARLETT (State Bar No. 217895) |
| | |
| | Benjamin Siegel (State Bar No. 256260) |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Tel: (510) 725-3000 |
| | Fax: (510) 725-3001 |
| | shanas@hbsslaw.com |
| | bens@hbsslaw.com |
| | |
| | Thomas M. Sobol (*pro hac vice*) |
| | Abbye R. Klamann Ognibene (State Bar No. 311112) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 55 Cambridge Parkway, Suite 301 |
| | Cambridge, MA 02142 |
| | Tel: (617) 482-3700 |
| | Fax: (617) 482-3003 |
| | tom@hbsslaw.com |
| | abbyeo@hbsslaw.com |
| | |
| | Aaron Mackey (State Bar No. 286647) |
| | Andrew Crocker (State Bar No. 291596) |
| | Adam D. Schwartz (State Bar No. 309491) |
| | ELECTRONIC FRONTIER FOUNDATION |
| | 815 Eddy Street |
| | San Francisco, CA 94109 |
| | Tel: (415) 436-9333 |
| | Fax: (415) 436-9993 |
| | amackey@eff.org |
| | andrew@eff.org |
| | adam@eff.org |
| | |
| | *Counsel for Plaintiffs and the Proposed Class* |
| | |
| | By /s/ Robert Velevis |
| | |
| | Angela Zambrano |
| | *Admitted pro hac vice* |
| | Robert Velevis |
| | *Admitted pro hac vice* |
| | SIDLEY AUSTIN LLP |
| | 2021 McKinney Avenue, Suite 2000 |
| | Dallas, Texas 75201 |
| | Telephone:  (214) 981-3300 |

1  Facsimile:  (214) 981-3400

2  Sara B. Brody
3  Stephen Chang
   SIDLEY AUSTIN LLP
4  555 California Street, Suite 2000
   San Francisco, California 94104
5  Telephone:  (415) 772-1200
   Facsimile:  (415) 772-7400

*Attorneys for Defendants AT&T
Services, Inc. and AT&T Mobility, LLC*

**LOCAL RULE 5-1 ATTESTATION**

Pursuant to Local Civil Rule 5-1(i)(3), I, Shana Scarlett, attest that I obtained the concurrence of Robert Velevis, in the filing of this document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  December 16, 2020         By: *s/ Shana E. Scarlett*
                                       SHANA E. SCARLETT

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The transcript of the November 9, 2020 hearing is unsealed with limited redactions at 5:10-11 and 13.

DATED: December 16, 2020

HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE