UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE SCOTT, et al., <br> Plaintiffs, <br> v. <br> AT&T INC., et al., <br> Defendants. | Case No. 19-cv-04063-SK <br><br> **JUDGMENT** |

Pursuant to the Court's Order granting Defendant's motion to dismiss Plaintiffs' claims for injunctive relief and to compel arbitration on Plaintiffs' claims for damages, judgment is hereby entered in favor of Defendants and against Plaintiffs.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 16, 2021

_____
SALLIE KIM
United States Magistrate Judge